IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TAREESE ROSS,

    Defendant.
                           /

No. CR 09-00965 WHA

**ORDER OF RELEASE**

The Marshal shall hereby release defendant Tareese Ross on the conditions set forth at the hearing on May 26, 2015.

**IT IS SO ORDERED.**

Dated: May 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE